# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIFER HAPPLE, by and through her Guardian ad litem, Denise Happle, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF AZUSA, a municipal corporation; AZUSA POLICE DEPARTMENT, a public entity, type unknown, JOHN MADALONI, an individual; ERIC VAZQUEZ, an individual; and DOES 1-10, inclusive,, <br><br> Defendants. | Case No. 2:18-cv-05935-AB-PLAx <br><br> [Hon. André Birotte Jr., District Judge; Paul L. Abrams, Magistrate Judge] <br><br> **ORDER RE: STIPULATED PROTECTIVE ORDER** <br><br><br> Complaint Filed:   07/06/18 <br> Trial Date:        N/A |

Having considered the papers, and finding that good cause exists, the parties' Stipulated Protective Order is **granted as modified.**

   **IT IS SO ORDERED.**

DATED:  October 26, 2018

_Paul L. Abrams_

_____

Hon. Paul L. Abrams
United States Magistrate Judge