JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIFER HAPPLE, by and through her Guardian ad litem, Denise Happle,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AZUSA, a municipal corporation; AZUSA POLICE DEPARTMENT, a public entity, type unknown, JOHN MADALONI, an individual; ERIC VAZQUEZ, an individual; and DOES 1-10, inclusive,,<br><br>Defendants. | Case No. 2:18-cv-05935-AB-PLA<br><br>[~~PROPOSED~~] JUDGMENT |

On May 15, 2019, the Court granted the Motion for Summary Judgment filed by Defendants City of Azusa, John Madaloni, Eric Vazquez, and Steve Sears. Summary Judgment was granted in favor of Defendants as to all of Plaintiff's federal claims and the Court declined to exercise supplemental jurisdiction on Plaintiff's state law claims. The Court dismissed the state law claims without prejudice. (5-15-19 Order, Doc. 54.)

IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion for

1

Summary Judgment is granted as to all federal claims, and that judgment is entered in favor of Defendants City of Azusa, John Madaloni, Eric Vazquez, and Steve Sears. Plaintiff Jennifer Happle, by and through her Guardian ad litem, Denise Happle, shall recover nothing from Defendants. Defendant shall recover costs.

DATED: May 28, 2019

_____
HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE